IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

Cornerstone National Insurance Co.                                    PLAINTIFF(S)

V.                                      Civil No. 12-2128

Chandeauan Xaymongkhoun, et al                                        DEFENDANT(S)

AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify that I am the plaintiff or the attorney of record for the plaintiff in the above cause, and that defendant __Chandeauan Xaymongkhoun__ was served by one of the following methods:
(name)

__X__   A private server or the U.S. Marshal/Sheriff on __June 28, 2012__
                                                           (date)

_____   Registered or certified mail on _____
                                         (date return receipt signed by addressee)

_____   Warning Order

_____   Waiver of Service of Summons on _____
                                         (Date request was mailed to deft)

_____   Other_____
                  (Please specify)

I further certify that the basis of personal jurisdiction over this nonresident defendant is the following section of the Arkansas Long-Arm Statute (A.C.A. 16-4-101):

__Not applicable.__
(If not applicable, so indicate)

I further certify that the legal authority for serving _____
                                                        (Name)
as an agent of the defendant is __Not applicable.__
                                 (If not applicable, so indicate)

I further certify that the defendant has failed to serve a responsive pleading or motion to dismiss; no extension has been granted or any extension has expired; the defendant is neither an infant nor an incompetent person nor in the active military service.

The clerk is requested to enter a default against said defendant.

                                        __Jason A. Lee__
                                        Plaintiff or Attorney for Plaintiff

Date: __9/24/12__                       __400 West Capitol Avenue, Suite 1900__
                                        Address

                                        __Little Rock, AR  72201__

                                        __501-374-6535__
                                        Telephone