IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DISTRICT

| | |
|---|---|
| **CORNERSTONE NATIONAL**<br>**INSURANCE COMPANY** | **PLAINTIFF** |
| v.   No. 2:12-cv-2128-PKH | |
| **CHANDEAUAN XAYMONGKHOUN;**<br>**BOUNTA XAYMONGKHOUN;**<br>**SYDA XAYMONGKHOUN; MATTHEW**<br>**BEYER; JESUS MARTINEZ; AUGUST REVELES,**<br>**as Parent and Natural Guardian of BRIANNA**<br>**REVELES, a Minor; and JOHN AND**<br>**JANE DOES 1-10** | **DEFENDANTS** |

## CONSENT JUDGMENT

On this the 23rd day of July, 2013, this matter comes before the Court for consideration.

1.  The Defendants, Chandeauan Xaymongkhoun; Bounta Xaymongkhoun; Syda Xaymongkhoun; Matthew Beyer; Jesus Martinez; August Reveles, as parent and natural guardian of B.R., a minor, and Lorene Lopez, as parent and natural guardian of J.R., a minor, consent to judgment and the judgment should be entered in favor of the Plaintiff, Cornerstone National Insurance Company, in its Complaint for Declaratory Judgment.

2.  Based on the consent of the Defendants, Cornerstone National Insurance Company is not responsible for providing liability coverage to Separate Defendants Matthew Beyer or Chandeauan, Bounta or Syda Xaymongkhoun, nor does Cornerstone National have a duty to defend or indemnify them as to claims of Jesus Martinez; August Reveles, as parent and natural guardian of B.R., a minor; and Lorene Lopez, as parent and natural guardian of J.R., a minor, for injuries arising out of a motor-vehicle accident on or about October 9, 2011 in Fort Smith,

Arkansas. The parties further agree that each will be responsible for attorneys' fees and costs, individually.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the Plaintiff, Cornerstone National Insurance Company, is hereby granted judgment against the Defendants as set forth herein.

IT IS SO ORDERED.

*P. K. Holmes* /s/
HONORABLE P.K. HOLMES, III
U.S. DISTRICT COURT JUDGE

7-23-13
DATE


**APPROVED AS TO FORM:**


/s/ Jason A. Lee
Jason A. Lee, Attorney for Plaintiff
GILL RAGON OWEN, P.A.
425 W. Capitol, Suite 3801
Little Rock, Arkansas 72201
(501) 376-3800

/s/ David Lawrence Borland
David Lawrence Borland, Attorney for Defendant
Jesus Martinez; August Reveles, as parent and natural
Guardian of B.R., a minor; and Lorene Lopez, as parent
and natural guardian of J.R., a minor
NOLAN CADDELL & REYNOLDS, P.A.
P. O. Box 184
Fort Smith, AR 72902
(479) 782-5297

2

/s/ Jon Robinson
Jon Robinson, Attorney for Defendant Jesus Martinez
ROBINSON LAW FIRM
5100 South Thompson, Suite 201
Springdale, AR   72764
(479) 365-2820


/s/ Douglas M. Carson
Douglas M. Carson, Attorney for Defendants Matthew Beyer,
Chandeauan Xaymongkhoun, Bounta Xaymongkhoun and
Syda Xaymongkhoun
DAILY WOODS, PLLC
58 S. 6th St.
Ft. Smith, AR   72901
(479) 782-0361